UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-62693-RAR

JACQUELINE DEMERITTE and
TAMISHA LAFALAISE, individually, and
on behalf of other similarly situated,

      Plaintiff,

v.

GLOBAL RESPONSE LLC.,
A Florida Limited Liability Company,

      Defendant.

_____/

## JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs, Jacqueline Demeritte and Tamisha LaFalaise, and Defendant, Global Response LLC ("Global Response"), pursuant to the accepted Rule 68 offers of judgment served by Global Response, jointly stipulate to the entry of final judgment, and in support state:

1.      On February 19, 2021, Plaintiffs filed their statement of claim stating that their asserted damages are $363.00 and $726.00 in wages (unliquidated), respectively. ECF No. 20.

2.      Shortly thereafter, Global Response served Plaintiffs with offers of judgment, pursuant to Federal Rule of Civil Procedure 68, in the amount of $800.00 and $1,600.00, respectively. *See* ECF No. 28.

3.      Plaintiffs both accepted the offers of judgment. *See* ECF No. 28.

4.      A breakdown of the amounts Plaintiffs claimed in their statement of claim, the amounts of liquidated damages provided under the Fair Labor Standards Act, and the amounts offered by Global Response is as follows:

| Plaintiff | Amount | + | Liquidated Damages | = | Total Claim | Amount of Accepted Offer of Judgment |
|---|---|---|---|---|---|---|
| Jacqueline Demeritte | $363.00 | | $363.00 | | $726.00 | $800.00 |
| Tamisha LaFalaise | $726.00 | | $726.00 | | $1,452.00 | $1,600.00 |

5.      The parties have stipulated to an award of reasonable attorneys' fees and costs for Plaintiffs' counsel in the amount of $25,000.00 to be paid to Plaintiffs' counsel within fourteen (14) days of the entry of final judgment.

6.      Plaintiffs hereby voluntarily dismiss Counts II and III of their Amended Complaint without prejudice.

WHEREFORE, the parties stipulate to the entry of final judgment consistent with the foregoing stipulation and accepted offers of judgment, and respectfully request the court enter judgment reflecting the parties' stipulation.

Respectfully submitted,

/s/*Russell Landy*
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:(305) 371-3960
Facsimile:(305) 371-3965
Email: pvalori@dvllp.com
Email: rlandy@dvllp.com
*Attorneys for Defendant*

/s/ *Charles R. Ash*
Charles R. Ash, IV (PHV)
SOMMERS SCHWARTZ, P.C.

2

One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248-355-0300
crash@sommerspc.com
Andrew R. Frisch (FBN 027777)
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
AFrisch@forthepeople.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on March 9, 2021 upon all counsel or parties of record on the attached service list.

s/*Russell Landy*
*Counsel for Defendant*

3

## SERVICE LIST

**Charles R. Ash IV**
crash@sommerspc.com
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Tel: 248-355-0300

**Andrew R. Frisch**
afrisch@forthepeople.com
Morgan & Morgan P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Tel : 954- Workers
*Attorneys for Plaintiffs*

**Russell Landy, Esq.**
rlandy@dvllp.com
**Peter F. Valori, Esq.**
pvalori@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*