UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62693-RAR

**JACQUELINE DEMERITTE**, *et al.*,
*individually and on behalf of others similarly situated*,

    Plaintiffs,

v.

**GLOBAL RESPONSE, LLC**,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58 and 68 and in accordance with the Court's Order on Motion for Judgment [ECF No. 35], it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Final Judgment is entered in favor of Plaintiff Jacqueline Demeritte, and against Defendant Global Response LLC, in the amount of $800.00, for which let execution issue.

2.    Final Judgment is entered in favor of Plaintiff Tamisha LaFalaise, and against Defendant Global Response LLC, in the amount of $1,600.00, for which let execution issue.

3.    Plaintiffs shall recover from Defendant Global Response LLC reasonable attorneys' fees and costs in the amount of $25,000.00, to be paid to Plaintiffs' counsel within fourteen (14) days of entry of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**